**Petition for Writ of Mandamus Denied and Opinion filed May 8, 2025.**



**In The**

# Fifteenth Court of Appeals

---

## NO. 15-25-00029-CV

---

### IN RE GREGORY SOPHUS

**ORIGINAL PROCEEDING**
**Walker County, Texas**

## MEMORANDUM OPINION

The Court has considered Relator's petition of writ of mandamus and is of the opinion that relief should be denied. Accordingly, Relator's petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

/s/ Scott K. Field
Scott K. Field
Justice

Panel consists of Chief Justice Brister and Justices Field and Farris.